Foley *v.* Brown, Appellant.

Argued March 19, 1962.   Before BELL, C. J., MUS-
MANNO, JONES, COHEN, EAGEN and O'BRIEN, JJ.

*H. Fred Mercer,* with him *Mercer and Buckley,* for
appellants.

*John E. Evans, Jr.,* with him *Thomas P. Mulvaney,*
and *Evans, Ivory & Evans,* for appellees.

*William J. Lancaster,* for appellee.

OPINION PER CURIAM, April 17, 1962:
Judgments affirmed.